PEOPLE *v.* SMITH. Appeal from Recorder's Court of Detroit, George W. Crockett, Jr., J. Submitted Division 1 September 21, 1971, at Detroit. (Docket No. 11146.) Decided October 29, 1971. Leave to appeal denied, 386 Mich 789.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Thomas M. Khalil,* Assistant Prosecuting Attorney, for the people.

*Arthur J. Tarnow,* State Appellate Defender, for defendant on appeal.

Before: LESINSKI, C. J., and J. H. GILLIS and DANHOF, JJ.

MEMORANDUM OPINION. The people move to affirm defendant's conviction by a jury of murder in the first degree. MCLA § 750.316 (Stat Ann 1971 Cum Supp § 28.548).

An examination of the record and briefs discloses that the questions sought to be reviewed, on which the decision of the cause depends, are so unsubstantial as to need no argument or formal submission. Further, examination of the record reveals no reversible error.

Motion to affirm is granted.